**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

Yassin A. Ibrahim,

Plaintiff,

v.

Steven T. Rosso, P.A. Law Firm,
Steven T. Rosso, Esq., individually,
and Knute Erik Borgerson a/k/a
Eric Berg, individually,

Defendants.

Court File No. 00-CV-146 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that this action may be, and it hereby is, dismissed with prejudice and on the merits, and without an award of costs or disbursements to either party.

Dated: May 4, 2000

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: [signature]
Michael L. Brutlag (123225)
Attorneys for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402-1400
Telephone: (612) 630-3203

Dated: May 5th, 2000

**CONSUMER JUSTICE CENTER, P.A.**

By: [signature]
Thomas J. Lyons, Jr. (249646)
Attorney for Plaintiff
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: (651) 770-9707

FILED MAY 25 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 8th, 2000

THE BARRY LAW OFFICE, LTD.

By: ______________________

Peter F. Barry (266577)
Attorney for Plaintiff
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: (651) 714-8800

MLB:1929-12.S46

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: May 25, 2000

**BY THE COURT**: ______________________

Donovan W. Frank
United States District Court